ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 09 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EFRAIN GONZALEZ-SALGADO<br>AND<br>ESTELA JUDITH GONZALEZ | Criminal Indictment<br><br>No. 1:23CR160<br><br>UNDER SEAL |

THE GRAND JURY CHARGES THAT:

### Count 1
### (Forced Labor Conspiracy)

Beginning in or about March 2021, and continuing until in or about October 2022, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, did knowingly conspire and agree with each other and others known and unknown to the Grand Jury to knowingly provide and obtain the labor and services of one and more persons, by means of: (a) force, threats of force, physical restraint, and threats of physical restraint to any one or more of the persons and any other persons; (b) serious harm and threats of serious harm to any one or more of the persons and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause each person to believe that, if the person did not perform such labor and services, that the person and any other persons would suffer serious harm and physical restraint, in violation of Title 18, United States Code, Sections 1594(b) and 1589.

## Count 2
## (Forced Labor – Victim 1)

Beginning in or about March 2021, and continuing until in or about August 2021, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, together and aiding and abetting each other, did knowingly provide and obtain the labor and services of Victim 1, whose identity is known to the Grand Jury, by means of: (a) threats of force, physical restraint, and threats of physical restraint to Victim 1 and any other persons; (b) serious harm and threats of serious harm to Victim 1 and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 1 to believe that, if Victim 1 did not perform such labor and services, that Victim 1 and any other persons would suffer serious harm and physical restraint; and attempted to do so, in violation of Title 18, United States Code, Sections 1589 and 1594(a), and Section 2.

## Count 3
## (Alien Smuggling – Victim 1)

Beginning in or about March 2021, and continuing until in or about August 2021, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, together and aiding and abetting each other, did, for the purpose of commercial advantage and private financial gain, bring Victim 1, an alien, to the United States, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which might later be taken with respect to such alien, in violation

of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

## Count 4
### (Forced Labor – Victim 2)

Beginning in or about June 2021, and continuing until in or about August 2021, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, together and aiding and abetting each other, did knowingly provide and obtain the labor and services of Victim 2, whose identity is known to the Grand Jury, by means of: (a) force, threats of force, physical restraint, and threats of physical restraint to Victim 2 and any other persons; (b) serious harm and threats of serious harm to Victim 2 and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 2 to believe that, if Victim 2 did not perform such labor and services, that Victim 2 and any other persons would suffer serious harm and physical restraint; and attempted to do so, in violation of Title 18, United States Code, Sections 1589 and 1594(a), and Section 2.

## Count 5
### (Alien Smuggling – Victim 2)

Beginning in or about June 2021, and continuing until in or about August 2021, in the Northern District of Georgia and elsewhere, the defendant, EFRAIN GONZALEZ-SALGADO, did, for the purpose of commercial advantage and private financial gain, bring Victim 2, an alien, to the United States, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any

official action which might later be taken with respect to such alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## Count 6
### (Forced Labor – Victim 3)

Beginning in or about April 2021, and continuing until in or about March 2022, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, together and aiding and abetting each other, did knowingly provide and obtain the labor and services of Victim 3, whose identity is known to the Grand Jury, by means of: (a) force, threats of force, physical restraint, and threats of physical restraint to Victim 3 and any other persons; (b) serious harm and threats of serious harm to Victim 3 and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 3 to believe that, if Victim 3 did not perform such labor and services, that Victim 3 and any other persons would suffer serious harm and physical restraint; and attempted to do so, in violation of Title 18, United States Code, Sections 1589 and 1594(a), and Section 2.

## Count 7
### (Alien Smuggling – Victim 3)

Beginning in or about April 2021, and continuing until in or about March 2022, in the Northern District of Georgia and elsewhere, the defendant, EFRAIN GONZALEZ-SALGADO, did, for the purpose of commercial advantage and private financial gain, bring Victim 3, an alien, to the United States, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any

official action which might later be taken with respect to such alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## Count 8
### (Forced Labor – Victim 4)

Beginning in or about July 2021, and continuing until in or about January 2022, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, together and aiding and abetting each other, did knowingly provide and obtain the labor and services of Victim 4, whose identity is known to the Grand Jury, by means of: (a) force, threats of force, physical restraint, and threats of physical restraint to Victim 4 and any other persons; (b) serious harm and threats of serious harm to Victim 4 and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 4 to believe that, if Victim 4 did not perform such labor and services, that Victim 4 and any other persons would suffer serious harm and physical restraint; and attempted to do so, in violation of Title 18, United States Code, Sections 1589 and 1594(a), and Section 2.

## Count 9
### (Alien Smuggling – Victim 4)

Beginning in or about July 2021, and continuing until in or about January 2022, in the Northern District of Georgia and elsewhere, the defendant, EFRAIN GONZALEZ-SALGADO, did, for the purpose of commercial advantage and private financial gain, bring Victim 4, an alien, to the United States, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any

official action which might later be taken with respect to such alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## Count 10
### (Forced Labor – Victim 5)

Beginning in or about July 2021, and continuing until in or about March 2022, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, together and aiding and abetting each other, did knowingly provide and obtain the labor and services of Victim 5, whose identity is known to the Grand Jury, by means of: (a) force, threats of force, physical restraint, and threats of physical restraint to Victim 5 and any other persons; (b) serious harm and threats of serious harm to Victim 5 and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 5 to believe that, if Victim 5 did not perform such labor and services, that Victim 5 and any other persons would suffer serious harm and physical restraint; and attempted to do so, in violation of Title 18, United States Code, Sections 1589 and 1594(a), and Section 2.

## Count 11
### (Alien Smuggling – Victim 5)

Beginning in or about July 2021, and continuing until in or about March 2022, in the Northern District of Georgia and elsewhere, the defendant, EFRAIN GONZALEZ-SALGADO, did, for the purpose of commercial advantage and private financial gain, bring Victim 5, an alien, to the United States, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any

official action which might later be taken with respect to such alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## Count 12
### (Forced Labor – Victim 6)

Beginning in or about November 2021, and continuing until in or about April 2022, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, together and aiding and abetting each other, did knowingly provide and obtain the labor and services of Victim 6, whose identity is known to the Grand Jury, by means of: (a) force, threats of force, physical restraint, and threats of physical restraint to Victim 6 and any other persons; (b) serious harm and threats of serious harm to Victim 6 and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 6 to believe that, if Victim 6 did not perform such labor and services, that Victim 6 and any other persons would suffer serious harm and physical restraint; and attempted to do so, in violation of Title 18, United States Code, Sections 1589 and 1594(a), and Section 2.

## Count 13
### (Forced Labor – Victim 7)

Beginning in or about November 2021, and continuing until in or about April 2022, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, together and aiding and abetting each other, did knowingly provide and obtain the labor and services of Victim 7, whose identity is known to the Grand Jury, by means of: (a) force, threats of force, physical restraint, and threats of physical restraint to Victim 7 and any other persons; (b) serious harm and threats of serious harm to

Victim 7 and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 7 to believe that, if Victim 7 did not perform such labor and services, that Victim 7 and any other persons would suffer serious harm and physical restraint; and attempted to do so, in violation of Title 18, United States Code, Sections 1589 and 1594(a), and Section 2.

## Count 14
### (Forced Labor – Victim 8)

Beginning in or about November 2021, and continuing until in or about April 2022, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, together and aiding and abetting each other, did knowingly provide and obtain the labor and services of Victim 8, whose identity is known to the Grand Jury, by means of: (a) force, threats of force, physical restraint, and threats of physical restraint to Victim 8 and any other persons; (b) serious harm and threats of serious harm to Victim 8 and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 8 to believe that, if Victim 8 did not perform such labor and services, that Victim 8 and any other persons would suffer serious harm and physical restraint; and attempted to do so, in violation of Title 18, United States Code, Sections 1589 and 1594(a), and Section 2.

## Count 15
### (Forced Labor – Victim 9)

Beginning in or about December 2021, and continuing until in or about April 2022, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, together and

aiding and abetting each other, did knowingly provide and obtain the labor and services of Victim 9, whose identity is known to the Grand Jury, by means of: (a) force, threats of force, physical restraint, and threats of physical restraint to Victim 9 and any other persons; (b) serious harm and threats of serious harm to Victim 9 and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 9 to believe that, if Victim 9 did not perform such labor and services, that Victim 9 and any other persons would suffer serious harm and physical restraint; and attempted to do so, in violation of Title 18, United States Code, Sections 1589 and 1594(a), and Section 2.

## Count 16
### (Forced Labor – Victim 10)

Beginning in or about December 2021, and continuing until in or about October 2022, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, together and aiding and abetting each other, did knowingly provide and obtain the labor and services of Victim 10, whose identity is known to the Grand Jury, by means of: (a) force, threats of force, physical restraint, and threats of physical restraint to Victim 10 and any other persons; (b) serious harm and threats of serious harm to Victim 10 and any other persons; (c) abuse and threatened abuse of law and legal process; and (d) a scheme, plan, or pattern intended to cause Victim 10 to believe that, if Victim 10 did not perform such labor and services, that Victim 10 and any other persons would suffer serious harm and physical restraint; and attempted to do so, with such violation including aggravated sexual abuse, all in violation of Title 18, United States Code, Sections 1589(a) and (d), 1594(a), and Section 2.

## Commission of Offenses While on Pretrial Release

On May 5, 2021, defendant EFRAIN GONZALEZ-SALGADO was charged by a federal grand jury in a felony criminal indictment in the United States District Court for the Southern District of Texas, Case No. 4:19-CR-136, with conspiracy to commit money laundering. Following his arrest on those charges, defendant EFRAIN GONZALEZ-SALGADO was released pursuant to an order dated July 15, 2021, from the United States District Court in the Northern District of Georgia, Case No. 1:21-MJ-682, which order notified defendant EFRAIN GONZALEZ-SALGADO of the potential effect of committing an offense while on pretrial release, pursuant to Title 18, United States Code, Section 3147(1). The offenses charged in Counts One through Sixteen of this Indictment were committed while defendant EFRAIN GONZALEZ-SALGADO was on pretrial release, pursuant to the July 15, 2021 order, under Title 18, United States Code, Chapter 207.

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One, Two, Four, Six, Eight, Ten, and Twelve through Sixteen of this Indictment, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594(d), (1) any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violations, any property traceable to such property, and (2) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations, or any property traceable to such property. The property to be forfeited includes, but is not

10

limited to, a personal forfeiture money judgment, that is, a sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses charged in Counts One, Two, Four, Six, Eight, Ten, and Twelve through Sixteen of the Indictment.

Upon conviction of one or more of the offenses alleged in Counts Three, Five, Seven, Nine, and Eleven of this Indictment, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, shall forfeit to the United States, pursuant to Title 8, United States Code, Section 1324(b), any conveyance, including any vessel, vehicle, or aircraft used in the commission of said offenses, the gross proceeds of said violation, and any property traceable to such conveyance or proceeds. The property to be forfeited includes, but is not limited to, a personal forfeiture money judgment, that is, a sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses charged in Counts Three, Five, Seven, Nine, and Eleven of this Indictment.

If any of the above-described property, as a result of any act or omission of the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 1594(e)(2) and Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

A **True** BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*Kate E. Hill*
KATE E. HILL
 *Trial Attorney*
United States Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Ave., NW
Washington, DC 20530
Texas Bar No. 24065423

*Annalise K. Peters*
ANNALISE K. PETERS
 *Assistant United States Attorney*
Georgia Bar No. 550845
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181