

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

---

*Richard Russell Federal Building*     *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*     *Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

December 9, 2024

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1(E)(4), NDGa, that I will be out of the office December 13, 23, 24, 25, 26, 27, 28, 29, 30, 31, 2024, January 2, 3, 2025 and March 3, 4, 5, 6, 7, 2025. I request that the Court not schedule any court appearances in the below-referenced matter for these dates:

U.S. v. Beveridge, Madeline 1:24-CR-077

U.S. v. Burress, Kevin, 4:21-CR-041

U.S. v. Crumbley, Damien 1:22-CR-446

U.S. v. Demyers, et al., Zac 1:22-CR-044

U.S. v. Fountain, Robert 1:22-CR-403

U.S. v. Fitzhugh, Maximo 1:24-CR-278

U.S. v. Gonzales-Salgado, et al., 1:23-CR-160

U.S. v. Gonzalez-Salgado, et al., Efrain 1:24-CR-151

U.S. v. Gonzalez-Salgado, Efrin 1:24-CR-188

U.S. v. Jackson, Jacques 1:32-CR-104

U.S. v. Mallory, Makell, 1:24-CR-141

U.S. v. Marshall, Jabaz, 1:24-CR-288

U.S. v. Ozell, Elliott 1:23-CR-226

U.S. v. Ozell, Elliott 1:24-CR-373

U.S. v. Phonthepsone et al., Sourivahn 1:23-CR-357

U.S. v. Pitts, Orlando 1:19-CR-058

Page **2** of **2**

U.S. v. Schlueter, Adam 1:23-CR-310

U.S. v. Stevenson, Tariq 1:24-CR-338

U.S. v. Townsend, Bradley 1:24-CR-079

U.S. v. Turk, Traon 1:20-CR-253

Sincerely,

RYAN K. BUCHANAN
*United States Attorney*

/S/ ANNALISE PETERS
*Assistant United States Attorney*

cc: Counsel for Defendant